UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

VISTA CAPITAL MANAGEMENT SA,

                Plaintiff,

  - against –

ILLUMINA, INC., WILLIAM H. RASTETTER,
JAY T. FLATLEY, BLAINE BOWMAN, DANIEL
M. BRADBURY, KARIN EASTHAM, PAUL C.
GRINT, GERALD MOLLER, DAVID R. WALT,
and ROY WHITFIELD,

                Defendants.
----------------------------------------------------------------x

13 Civ. 955 (NRB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2014
```

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to plaintiff and to defendants that this action is dismissed and discontinued pursuant to Fed. R. Civ. P. 41(a) with prejudice and without attorneys' fees, costs or expenses.

Dated: New York, New York
       March 26, 2014

                              PAUL BATISTA, P.C.

                              By _____
                                 Paul Batista
                                 Attorney for Plaintiff Vista Capital
                                   Management SA
                                 26 Broadway – Suite 1900
                                 New York, New York 10004
                                 (212) 980-0070 (Tel)
                                 (212) 344-7677 (Fax)
                                 Batista007@aol.com

COVINGTON & BURLING LLP

By _____
C. William Phillips
Attorneys for Illumina, Inc., William Rastetter,
 Jay T. Flatley, Blaine Bowman, Daniel M.
 Bradbury, Karin Eastham, Paul C. Grint,
 Gerald Moller, David R. Walt and Roy
 Whitfield
620 Eighth Avenue
New York, New York 10018
(212) 841-1081 (Tel)
(646) 441-9081 (Fax)
cphillips@cov.com

SO ORDERED

_____
Naomi Reice Buchwald, *U.S.D.J.*

3/26/14